## No. 4597.

### MEYER & BRO. *v.* R. L. DUPREE and al.

Where an appeal was asked to be dismissed on the ground that all the parties in interest were not parties to the appeal, the intervenor in the suit not having given an appeal bond, and not having appealed:

Held—That the ground is not a good one. Because the intervenor does not choose to appeal, it does not follow that the defendant may not.

Where the record was incomplete, the clerk of the district court certifying that a part of the evidence used in the court below was missing at the time the record was made out, this is a good ground to remand the case, but not to dismiss the appeal.

APPEAL from the Fifth Judicial District Court, parish of East Feliciana. *Posey,* J. Trial by jury. *Kernan & Lyons*, for plaintiffs and appellees. *K. A. Cross* and *B. R. Forman*, for defendants and intervenor.

Justices concurring : Ludeling, Howell, and Morgan.

MORGAN, J. We are asked to dismiss this appeal on the grounds :

*First*—That all the parties in interest are not parties to the appeal, Mrs. Gaulden, the intervenor, not having given any appeal bond, and not having appealed, and

*Second*—That the record is incomplete, the clerk of the district court certifying that part of the evidence used in the court below was missing at the time the record was made out.

The first ground is not a good one. Because the intervenor does not choose to appeal, it does not follow that the defendant may not.

The second ground may, and is a good one to remand the case, but is no reason for dismissing the appeal. 5 An. 602; 12 An. 83.

It is therefore ordered, adjudged and decreed, that the judgment of the lower court be avoided and reversed; that the case be remanded to be proceeded in according to law. Plaintiffs to pay the costs of appeal.